

# NUMBER 13-22-00039-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN RE ISMAEL GARZA

---

## On Petition for Writ of Mandamus.

---

# ORDER

### Before Chief Justice Contreras and Justices Benavides and Longoria
### Order Per Curiam

On January 21, 2022, relator Ismael Garza filed a petition for writ of mandamus through which he asserts that the trial court abused its discretion by erroneously ordering the disclosure of privileged information. The Court requests that the real party in interest, H.E.B., LP, also named as H.E.B. Grocery Company, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus

on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P.

52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
25th day of January, 2022.